```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. <u>KRISTER SVEN EVERTSON</u>      CASE NO. <u>A05-0241-MJ (JDR)</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          JOHN D. ROBERTS                      </u>

DEPUTY CLERK/RECORDER: <u>         APRIL KARPER                         </u>

UNITED STATES' ATTORNEY: <u>       STEPHAN COLLINS                      </u>

DEFENDANT'S ATTORNEY: <u>          KEVIN MCCOY - APPOINTED              </u>

U.S.P.O.: <u>                      KAREN BREWER                         </u>

PROCEEDINGS: INITIAL APPEARANCE ON ARREST ON INDICTMENT FROM
             DISTRICT OF IDAHO HELD DECEMBER 13, 2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:21 p.m. court convened.

<u>X</u> Copy of Indictment given to defendant; waived reading.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights, charges, and penalties.

<u>X</u> Defendant stated true name: <u>Same as above.                      </u>

<u>X</u> Financial Affidavit **FILED.**

<u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Identity Hearing set for **December 20, 2005 at 10:00 a.m.**

<u>X</u> Order Setting Conditions of Release **FILED.**

<u>X</u> Release Order **SIGNED.**

At 2:40 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to
U.S. Marshal's Service; one copy forwarded to docketing.


DATE:     <u>December 14, 2005</u>    DEPUTY CLERK'S INITIALS: <u>    ak    </u>