IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. Krister Sven Evertson

CASE NO: A05-0241-MJ (JDR)

---

Defendant Krister Sven Evertson

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____ Released to _____, the third party custodian(s).

_____ Paid cash bail in the amount of _____ to the Clerk of Court.

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

_____ Surrendered passport to the Clerk of Court.

✓ Other: Released with conditions.

Dated at <u>ANCHORAGE</u>, Alaska this 13th day of December, 20 05.

JOHN D. ROBERTS,
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal