FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21 PM 4: 16

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A05-0241 MJ (JDR) |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR ORDER FOR TRANSPORTATION FROM ANCHORAGE, ALASKA TO POCATELLO, IDAHO** |
| KRISTER SVEN EVERTSON, | |
| Defendant. | |

Pursuant to the instructions at the hearing on December 20, 2005 (Docket No. 7), KRISTER SVEN EVERTSON, by and through Kevin F. McCoy, Assistant Federal Defender, hereby requests that this court issue an order directing the United States Marshals to provide noncustodial transportation at public expense for Mr. Evertson to appear in Pocatello, Idaho for his arraignment on the indictment in *United States v. Krister Sen Evertson*, CR 05-0206 - E -BLW.

The defendant is indigent and has no available funds for transportation. This request is made pursuant to 18 U.S.C. § 4285.

Dated at Anchorage, Alaska this 21st day of December 2005.

Respectfully submitted,

KEVIN F. McCOY
Assistant Federal Defender

Certification:
I certify that on December 21, 2005,
I hand delivered a copy of this document to:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Karolyn Miller