DEC 2 1 2005

**FILED**

DEC 2 3 2005

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Depu..

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTER SVEN EVERTSON,<br><br>Defendant. | NO. A05-0241 MJ (JDR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ORDER FOR TRANSPORTATION FROM ANCHORAGE, ALASKA TO POCATELLO, IDAHO** |

After due consideration of the defendant's Motion for Transportation From Anchorage, Alaska to Pocatello, Idaho, IT IS HEREBY GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshal's Service is directed to provide noncustodial transportation for defendant KRISTER SVEN EVERTSON from Anchorage, Alaska to Pocatello, Idaho for his arraignment on the indictment in *United States v. Krister Sen Evertson*, CR 05-0206 - E -BLW.

Done at Anchorage, Alaska this 23rd day of December 2005.

**Defendant's scheduled appearance in District of Idaho is February 6, 2006.**

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

A05-0241--MJ (JDR)    US PROBATION    pm 12-23-05
--------------------
K. MCCOY (FPD)
S. COLLINS (US ATTY)
US MARSHAL