

FILED

DEC 23 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>KRISTER SVEN EVERTSON,<br><br>　　　　　　Defendant. | A05-241 MJ (JDR)<br>[ECF 3:05-00241-mj-JDR]<br>CR 05-0206 - E - BLW (Idaho)<br><br>**ORDER OF REMOVAL** |

IT APPEARING THAT criminal charges have been filed and are pending in the United States District Court for the District of Idaho charging the above-named defendant; and

THAT the above-named defendant has been arrested in this district, having been brought before United States Magistrate Judge John D. Roberts on December 20, 2005, and upon examination then and there had in the presence of said defendant, having been committed for removal to the former District Court; and

THAT the said defendant has been released on unsecured bond which was approved by the said United States Magistrate Judge;

IT IS ORDERED that the said defendant shall appear in the District of Idaho, at Pocatello, Idaho, on February 6, 2006, in accordance with the terms and conditions of the aforesaid bond furnished by the said defendant.

DATED this 23rd day of December, 2005, at Anchorage, Alaska.

_____
JOHN D. ROBERTS
United States Magistrate Judge

A05-0241--MJ (JDR)
--------------------
R. MCCOY (FPD)
S. COLLINS (US ATTY)
US MARSHAL

US PROBATION
om 12-23-05

10