Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KRISTER SVEN EVERTSON,<br><br>　　　　　Defendant. | NO. A05-0241 MJ (JDR)<br><br>**UNOPPOSED MOTION TO ENLARGE TIME FOR DEFENDANT TO APPEAR IN THE DISTRICT OF IDAHO** |

　　　　Kris Evertson asks this court for an order extending the time within which he must appear in the District of Idaho at Pocatello, Idaho to February 28, 2006.  This court ordered Mr. Evertson to appear before the District of Idaho on February 6, 2006.  An extension of time is appropriate because the Idaho District Court has continued Mr. Evertson's arraignment to February 28, 2006.

　　　　The government does not oppose this request.

　　　　This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

Dated at Anchorage, Alaska this 31st day of January 2006.

Respectfully submitted,

s/KEVIN F. McCOY
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on January 31, 2006,
a copy of the *Unopposed Motion to
Enlarge Time for Defendant to Appear
in the District of Idaho* was served
Electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy