UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KRISTER SVEN EVERTSON,<br><br>　　　　Defendant. | NO. A05-0241 MJ (JDR)<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed motion to enlarge the time for his appearance before the Federal District Court at Pocatello, Idaho;

It is hereby ordered that the motion is granted.

The defendant shall appear in the District of Idaho, at Pocatello, Idaho on February 28, 2006. All other conditions of release set forth at Docket No. 10 in this matter shall remain in full force and effect.

Done at Anchorage, Alaska this _____ day of February 2006.

_____
JOHN D. ROBERTS
United States Magistrate Judge