Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. A05-0241 MJ (JDR) |
| Plaintiff, | **AFFIDAVIT OF COUNSEL** |
| vs. | |
| KRISTER SVEN EVERTSON, | |
| Defendant. | |
| STATE OF ALASKA | ss: |
| THIRD JUDICIAL DISTRICT | |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.      I am the attorney for Kris Evertson.

2.      At Docket No. 10, this court directed Mr. Evertson to appear before the

District Court for the District of Idaho at Pocatello on February 6, 2006.

3.      On January 30, 2006, I spoke to the Clerk of Court for the United States

District Court for the District of Idaho at Pocatello and was informed that Mr. Evertson's initial

appearance/arraignment in *United States v. Krister Everston,* CR 05-0206-E-BLW has been continued to February 28, 2006.

    4.    For these reasons, Mr. Evertson is asking that the order directing his appearance in Pocatello be modified to reflect the new date. All other conditions of release would remain in full force and effect.

    5.    On January 31, 2006, I spoke with Assistant U.S. Attorney Bryan Schroder. Mr. Schroder indicated that the government does not oppose this request.


        FURTHER YOUR AFFIANT SAYETH NAUGHT.


                    _____
                    KEVIN F. McCOY


SUBSCRIBED AND SWORN to before me this 31st day of January 2006.

                    _____
                    Notary Public in and for Alaska
                    My Commission Expires: 12/20/2008


*United States v. Krister Sven Evertson*
*Case No.* A05-0241 MJ (JDR)                                    Page 2